AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>ISRAEL CHAIRES-VILLA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       2:24-mj-00174<br>)<br>)<br>) |

**FILED**
OCT - 7 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2024__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On or about October 6, 2024, at or near Cross Lanes, Kanawha County, West Virginia, within the Southern District of West Virginia, Israel Chaires-Villa possessed with intent to distribute a quantity of methamphetamine. A field test of the substance returned a positive result for methamphetamine. Based on my training and experience, approximately 11 kg of methamphetamine is consistent with intent to deliver. Methamphetamine is a Schedule II controlled substance.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Det. Seth Johnson, MDENT
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __10/07/2024__

_____
*Judge's signature*

City and state: __Charleston, West Virginia__        Dwane L. Tinsely, United States Magistrate Judge
*Printed name and title*